1 | Mark Mausert
Nevada State Bar No. 2398
2 | Cody Oldham
Nevada State Bar No. 14594
3 | MARK MAUSERT LAW OFFICE
930 Evans Avenue
4 | Reno, Nevada 89512
Telephone: (775) 786-5477
5 | Facsimile: (775) 786-9658

6 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GORDON ANDERSON, | Case No. : 3:17-cv-00609-HDM-VPC |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| CIRCUS AND ELDORADO JOINT VENTURE, LLC d/b/a SILVER LEGACY RESORT & CASINO, | |
| Defendants. | |

Plaintiff, GORDON ANDERSON, and Defendant, CIRCUS AND ELDORADO JOINT VENTURE, LLC dba SILVER LEGACY RESORT CASINO, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///

///

///

///

///

///

//

///

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

Dated: January 19, 2018.                    Dated: January 19, 2018.

Respectfully submitted,                      Respectfully submitted,


_/s/ Mark Mausert_____          _/s/ Leigh Goddard_____
Mark Mausert                                 Leigh Goddard
Cody Oldham                                  Chelsea Latino
MARK MAUSERT LAW OFFICE                      McDONALD CARANO LLP
930 Evans Avenue                             100 W. Liberty Street, Tenth Floor
Reno, NV 89512                               Reno, NV 89501

Attorneys for Plaintiff                      Attorneys for Defendant


**ORDER**

**IT IS SO ORDERED.**

Dated: _____January 19__, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

2.